**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-4813**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES RILEY ALEXANDER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (3:92-cr-00053-2)

_____

Submitted:  March 30, 2007                 Decided:  May 4, 2007

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Peter Adolf, FEDERAL DEFENDERS OF WESTERN NORTH CAROLINA, INC., Charlotte, North Carolina, for Appellant. Gretchen C. F. Shappert, United States Attorney, Amy E. Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Riley Alexander was found guilty of violating his supervised release and was sentenced to sixty months of imprisonment, the top of his advisory Sentencing Guidelines range. On appeal, Alexander alleges that his sentence was erroneous. Because we find that Alexander's sentence is not plainly unreasonable, United States v. Crudup, 461 F.3d 433, 437 (4th Cir. 2006) (stating review standard), we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED